JS-CAND 44 (Rev. 07/16)

# CIVIL COVER SHEET

The JS-CAND 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved in its original form by the Judicial Conference of the United States in September 1974, is required for the Clerk of Court to initiate the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

HECTOR DE LEON; CARLOS CISNEROS; on behalf of themselves and those similarly situated individuals,

**(b)** County of Residence of First Listed Plaintiff | Alameda |
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Robert David Baker, Inc.
80 South White Road
San Jose, CA 95127
(408) 251-3400

## DEFENDANTS

MASTRIA INCORPORATED; NELLO MASTRIA

County of Residence of First Listed Defendant | |
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [X] 3 Federal Question (U.S. Government Not a Party)
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | 1 | 1 | Incorporated or Principal Place of Business In This State | 4 | 4 |
| Citizen of Another State | 2 | 2 | Incorporated and Principal Place of Business In Another State | 5 | 5 |
| Citizen or Subject of a Foreign Country | 3 | 3 | Foreign Nation | 6 | 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| 110 Insurance | **PERSONAL INJURY** | 625 Drug Related Seizure of Property 21 USC § 881 | 422 Appeal 28 USC § 158 | 375 False Claims Act |
| 120 Marine | 310 Airplane | 690 Other | 423 Withdrawal 28 USC § 157 | 376 Qui Tam (31 USC § 3729(a)) |
| 130 Miller Act | 315 Airplane Product Liability | | | 400 State Reapportionment |
| 140 Negotiable Instrument | 320 Assault, Libel & Slander | | **PROPERTY RIGHTS** | 410 Antitrust |
| 150 Recovery of Overpayment Of Veteran's Benefits | 330 Federal Employers' Liability | | 820 Copyrights | 430 Banks and Banking |
| 151 Medicare Act | 340 Marine | | 830 Patent | 450 Commerce |
| 152 Recovery of Defaulted Student Loans (Excludes Veterans) | 345 Marine Product Liability | | 840 Trademark | 460 Deportation |
| 153 Recovery of Overpayment of Veteran's Benefits | 350 Motor Vehicle | **LABOR** | **SOCIAL SECURITY** | 470 Racketeer Influenced and Corrupt Organizations |
| 160 Stockholders' Suits | 355 Motor Vehicle Product Liability | 710 Fair Labor Standards Act | 861 HIA (1395ff) | 480 Consumer Credit |
| 190 Other Contract | 360 Other Personal Injury | 720 Labor/Management Relations | 862 Black Lung (923) | 490 Cable/Sat TV |
| 195 Contract Product Liability | 362 Personal Injury - Medical Malpractice | 740 Railway Labor Act | 863 DIWC/DIWW (405(g)) | 850 Securities/Commodities/ Exchange |
| 196 Franchise | | 751 Family and Medical Leave Act | 864 SSID Title XVI | 890 Other Statutory Actions |
| | | 790 Other Labor Litigation | 865 RSI (405(g)) | 891 Agricultural Acts |
| | **PERSONAL INJURY** | 791 Employee Retirement Income Security Act | | 893 Environmental Matters |
| | 365 Personal Injury – Product Liability | | | 895 Freedom of Information Act |
| | 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | 896 Arbitration |
| | 368 Asbestos Personal Injury Product Liability | | | 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| **REAL PROPERTY** | **PERSONAL PROPERTY** | | **FEDERAL TAX SUITS** | 950 Constitutionality of State Statutes |
| 210 Land Condemnation | 370 Other Fraud | | 870 Taxes (U.S. Plaintiff or Defendant) | |
| 220 Foreclosure | 371 Truth in Lending | | 871 IRS–Third Party 26 USC § 7609 | |
| 230 Rent Lease & Ejectment | 380 Other Personal Property Damage | | | |
| 240 Torts to Land | 385 Property Damage Product Liability | | | |
| 245 Tort Product Liability | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | |
| 290 All Other Real Property | 440 Other Civil Rights | **Habeas Corpus:** | | |
| | 441 Voting | 463 Alien Detainee | | |
| | 442 Employment | 510 Motions to Vacate Sentence | | |
| | 443 Housing/ Accommodations | 530 General | | |
| | 445 Amer. w/Disabilities– Employment | 535 Death Penalty | | |
| | 446 Amer. w/Disabilities– Other | **Other:** | **IMMIGRATION** | |
| | 448 Education | 540 Mandamus & Other | 462 Naturalization Application | |
| | | 550 Civil Rights | 465 Other Immigration Actions | |
| | | 555 Prison Condition | | |
| | | 560 Civil Detainee– Conditions of Confinement | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation–Transfer
- [ ] 8 Multidistrict Litigation–Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
29 U.S.C.A sections 201, et seq.

Brief description of cause:
Claims for violation of overtime wages, meal and rest break, wages at termination, restitution of unpaid wages, and PAGA

## VII. REQUESTED IN COMPLAINT:

- [X] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, Fed. R. Civ. P.

DEMAND $

CHECK YES only if demanded in complaint:
**JURY DEMAND:** [X] Yes [ ] No

## VIII. RELATED CASE(S), IF ANY *(See instructions)*:

JUDGE | DOCKET NUMBER

## IX. DIVISIONAL ASSIGNMENT (Civil Local Rule 3-2)

(Place an "X" in One Box Only)

[ ] SAN FRANCISCO/OAKLAND  [ ] SAN JOSE  [ ] EUREKA-MCKINLEYVILLE

**DATE:** 02/07/2017

**SIGNATURE OF ATTORNEY OF RECORD:**