UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HECTOR DE LEON, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>MASTRIA INCORPORATED, et al.,<br><br>　　　　Defendants. | Case No. 5:17-cv-00626-EJD<br><br>**ORDER DENYING PLAINTIFFS' MOTION FOR CONDITIONAL CERTIFICATION OF FLSA COLLECTIVE CLASS**<br><br>Re: Dkt. No. 31 |

On January 25, 2018, Plaintiffs filed a motion seeking conditional class certification pursuant to the Fair Labor Standards Act ("FLSA"). Dkt. No. 31. Defendants opposed. Dkt. No. 44. In their reply, Plaintiffs responded that they "do not contest Defendants' request for an order denying their motion for FLSA class certification." Dkt. No. 45.

In light of the apparent agreement between the parties, Plaintiffs' motion for conditional class certification (Dkt. No. 31) is DENIED. This case shall proceed only on the individual claims of the named plaintiffs that remain in the case, Hector De Leon and Carlos Cisneros.[1] No further amended complaint shall be filed.

**IT IS SO ORDERED.**

Dated: May 21, 2018

EDWARD J. DAVILA
United States District Judge

---

[1] Cesar Galvez, the only other originally named plaintiff, has settled his claims with Defendants. Dkt. No. 45 at 1 n.1.